IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RAYMO LEONARD, #179 703, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-746-ALB |
| | ) | |
| WALTER MYERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On August 5, 2019, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 31). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendants' motion for summary judgment (Doc. 12) is GRANTED.

2. This case is DISMISSED with prejudice.

3. No costs are taxed.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 18th day of November 2019.

　　　　　　　　　　　　　　　　/s/ Andrew L. Brasher
　　　　　　　　　　　　　　　ANDREW L. BRASHER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE